# Court of Appeals, State of Michigan

## ORDER

Amelia Quelas v Daimler Trucks North America LLC

Docket No.     326290; 326345; 328766; 330363

LC No.         12-014629-CZ

Michael J. Talbot
Presiding Judge

Christopher M. Murray

Mark T. Boonstra
Judges

The Court orders that the March 21, 2017 opinion is hereby AMENDED to correct a clerical error. The lower court number is corrected to read 12-014629-CZ.

In all other respects, the March 21, 2017 opinion remains unchanged.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

MAR 27 2017
_____
Date

_____
Chief Clerk